Laura Besvinick, Esq., *pro hac vice*
Florida Bar Number: 391158
Lbesvinick@stroock.com
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Blvd. (Suite 3100)
Miami, FL 33131
Direct: (305) 789-9395
Fax: (305) 789-9302

Thomas J. Borchard, Esq. (Bar No. 104008)
TBorchard@BorchardLaw.com
BORCHARD & CALLAHAN, APC
25909 Pala, Suite 300
Mission Viejo, California 92691
Telephone (949) 457-9505
Facsimile (949) 457-1666

Counsel for defendants ZTE Corporation
and ZTE USA Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| ERIC STEINMANN, et al., | ) CASE NO. EDCV 11-01578 BRO (SPX) |
| Plaintiffs, | ) |
| vs. | ) **DECLARATION OF LAURA BESVINICK IN SUPPORT OF MOTION TO CONTINUE STATUS CONFERENCE** |
| ZTE CORPORATION, et al., | ) |
| Defendants. | ) |
| | ) **JUDICIAL OFFICER: BEVERLY REID O'CONNELL** |

///

///

-1-
DECLARATION OF LAURA BESVINICK

I, LAURA BESVINICK hereby declare:

1. I am a non-resident attorney licensed to practice in the state of Florida, the Florida Supreme Court, Florida federal district courts, and the Eleventh Circuit. I have been admitted to appear in this case *pro hac vice* on behalf of defendants ZTE Corporation and ZTE USA, Inc.

2. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3. Defendants are requesting that the Status Conference, currently set for hearing on September 21, 2015, at 1:30pm in Room 14 before the Hon. Beverly Reid O'Connell, be continued to September 28, 2015, or October 5, 2015, or such other date as may be convenient to the Court, due to my unavailability on September 21, 2015.

4. I am lead counsel for Defendants and have been involved in this and related litigation in multiple jurisdictions for more than four (4) years. I am also lead counsel for an unrelated defendant in another matter previously set for continued evidentiary hearing on September 21, 2015 in Jacksonville, Florida. *Lender Processing Services, Inc. v. Arch Insurance Company, et. al.*, Case No. 16-2011-CA-005296 (Notice of Continued Evidentiary Hearing, dated June 24, 2015), in which I represent defendant Executive Risk Indemnity, Inc. A true and correct copy of the Notice of Evidentiary Hearing is attached hereto as Exhibit A. As a result, I am unavailable for the Status Conference in this case on September 21, 2015.

5. I am respectfully requesting that the Court continue the hearing date so I may be present and participate. I am available on the following two Mondays, September 28 and October 5, 2015, or such other date as the Court may order.

6. Co-counsel for Defendants has conferred with Plaintiff's Counsel, Shannon Gallagher, in an attempt to reach a stipulation as to an agreeable date. It is my understanding that, as of this date, Mr. Gallagher has not indicated his agreement. No other requests for a continuance have been made by the parties in this matter with respect to this Status Conference.

1 | I declare under penalty of perjury under the laws of the United States of
2 | America that the foregoing is true and correct.  Executed on August 26, 2015.

/s/Laura Besvinick

Laura Besvinick, Esq., *pro hac vice*

# **CERTIFICATE OF SERVICE**

On August 26, 2015, I electronically filed the foregoing document through the CM/ECF system which will send a notice of electronic filing to:

Shannon Gallagher
Gallagher & Moore
2 Park Plaza, Suite 680
Irvine, CA 92614
sgallagher@gallagherandmoore.com

On August 26, 2015, I served the foregoing document by placing a true and correct copy thereof in a sealed envelope in the U.S. Mail, first class, postage prepaid, addressed as follows:

Sean P Farrell
Sean P. Farrell Law Offices
1 Park Plaza Suite 600
Irvine, CA 92614

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Janelle M. Dease
Janelle M. Dease