1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ERIC STEINMANN, et al., | ) CASE NO. EDCV 11-01578 BRO (SPX) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) **FINAL JUDGMENT** |
| ZTE CORPORATION, et al., | ) |
| Defendants. | ) |
| | ) JUDICIAL OFFICER: |
| | ) BEVERLY REID O'CONNELL |

///

///

By Order dated December 11, 2015 (Dkt. No. 112), this Court DENIED the Motion to Reopen Case and Vacate Arbitration Award filed by Plaintiff Eric Steinmann (Dkt. No. 72) and GRANTED in part Defendants' Motion to Confirm Arbitration Award (Dkt. No.73). Therefore,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. The arbitration award dated June 14, 2013 dismissing the claims of Eric Steinmann in *In the Matter of the Arbitration between: Daredevil, Inc., a Missouri corporation; PTA-FLA, Inc., a Florida corporation; NTCH-WEST TENN., Inc., a Tennessee corporation; NTCH-WA, Inc., a Washington corporation; and Eric Steinmann, an individual v. ZTE Corporation, Inc., a company incorporated under the People's Republic of China; and ZTE (USA), Inc., a New Jersey corporation*, AAA ICDR Case No. 50 494 T 00665 11 ("the Steinmann Award") is CONFIRMED.

2. Plaintiffs Eric Steinmann and Dolores Franco shall take nothing from Defendants ZTE Corporation and ZTE USA, Inc.

3. This action, Case No. EDCV 11-01578 BRO (SPX), is dismissed with prejudice.

**IT IS HEREBY ORDERED**

Dated: December 18, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE